DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROBERT A. KNIEF
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:14-cr-141-GMN-CWH |
| vs. | ) **GOVERNMENT'S MOTION TO** |
| MIGUEL ANGEL ALVARADO and JOSE BLAS GARCIA-ANGULO, | ) **DISMISS INDICTMENT** |
| Defendants. | ) |

Plaintiff United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and ROBERT A. KNIEF, Assistant United States Attorney, brings the following motion to dismiss the indictment.

Pursuant to Fed. R. Crim. P. 48(a), the government moves for the dismissal of the indictment filed in this matter on April 16, 2014 as to defendants Miguel Angel Alvarado and Jose Blas Garcia-Angulo.

Dated this 30th day of March 2016.

Respectfully submitted,

DANIEL G. BOGDEN,
United States Attorney

*/s/ Robert A. Knief*
_____
ROBERT A. KNIEF
Assistant United States Attorney

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that the PR Bond as to Defendant Miguel Angel Alvarado is hereby exonerated.
**IT IS FURTHER ORDERED** that Defendant Jose Blas Garcia-Angulo be released from custody, provided no other detainers exist for his incarceration.
DATED this 30 day of March, 2016.

_____
**Gloria M. Navarro, Chief Judge**
**United States District Court**

CERTIFICATE OF ELECTRONIC SERVICE

    This is to certify that the undersigned has served counsel for Defendant's with the foregoing by means of electronic filing.

    Dated this <u>30th</u> day of March, 2016.

                                       */s/ Robert A. Knief*
                                       _____
                                       ROBERT A. KNIEF
                                       Assistant United States Attorney